IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SUZANNE GIDDINGS,**
  **Plaintiff,**

vs.          **CASE NO.: 3:07cv205/MCR/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
  **Defendant.**
_____/

## O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 1, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

  Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. The decision of the Commissioner is REVERSED, the Commissioner is directed to compute and pay disability benefits to plaintiff, beginning as of February 21, 2002, based on her March 27, 2002 applications for disability insurance benefits and SSI benefits, and judgment is entered in plaintiff's favor.

  DONE AND ORDERED this 1st day of May, 2008.

          *s/ M. Casey Rodgers*
          **M. CASEY RODGERS**
          **UNITED STATES DISTRICT JUDGE**