IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SUZANNE C. GIDDINGS,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　CASE NO.:  3:07cv205/MCR/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
　　　　　　　　　　　　　　　　　/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 20, 2009.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.　The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.　Plaintiff's motion for authorization of attorney fees (doc. 36) is granted and the Commissioner shall disburse the sum of $22,060.50 to plaintiff's counsel, Stephanie Taylor, Esquire, as reasonable attorney fees under Title 42 U.S.C. § 406(b).

3.      Plaintiff's counsel shall pay over to the plaintiff, Suzanne Giddings, any amount (other than costs and expenses) paid to her under the EAJA.

**DONE AND ORDERED this 22nd day of April, 2009.**

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

*Case No:   3:07cv205/MCR/MD*